is the government counsel here just for that case so you got more cases okay well we'll give you a chance to argue since you are here but try to make it fairly short if you'd like to argue I mean you don't have to just because you're here certainly your honor I will um I'd be happy to answer any questions the court might have otherwise I would resist the law lawyerly urge to talk and just ask that the petition for review be denied I think that there's a number of there's a number of different kinds of bases for I'm sorry didn't you say you would ask any questions unless the court had any questions I had a question it's very what the board let me just tell you what I understand we're faced with at this point and just let's see if we're on the same page the IJ found this person incredible not credible as to Armenia as to Russia in general but the BIA essentially proceeded on the ground that he was credible well first of all his grandfather was was in fact credible and and as to him they assumed his that taking his story as he stated that there was no past persecution yes is that where we are yeah I think so your honor I think that you basically have a immigration judge said you're not credible and if you were you don't you gotta deny it and then the board it's not entirely clear and that's why in my brief I I think it's it's better to simply move from the disregard the determination is not clear whether the board intended to affirm that or not it's it's it's a little vague they didn't exactly they didn't say they didn't they didn't say we affirm it but they also didn't say we we we disagree but I think we can correct they didn't say right yeah so so they said so if we were to think that assuming what he said was true there was past persecution then we would have remand for the board to decide what it thought about that just just try to be structural at this point if I just find out what it thought about the credit we would we would say nothing about the credibility determination and the board would get another shot at that is that basically where we are um I guess so I think if well because they didn't I mean they sort of expressly reserved it in a I think that the decision basically goes on the presumption that he's that he's credible and and denies it on that basis so yes if if if the court disagreed with that determination and and and remanded then yes I think the board could still consider the immigration judges credibility determination because they didn't seem to really make a holding one way or the other on it but I would not surprisingly argue that it is supported by substantial evidence so then why don't you go on and then the other piece of this is that he also if we thought there was past persecution there's still the issue of future persecution which was largely portrayed as being related to his concerns about going into the army and there there seemed to be changed country conditions right right in Armenia there appears to be changed country conditions in that there is there is with now a sort of an alternative non-military service option and I believe I believe there was still at the time in Russia but even so at the whether there is or isn't I think this court's case law is pretty clear that that except for a few exceptions that generally just simply a refusal to to serve in the military and even punishment for that in imprisonment or whatever is not persecution because it's not on account of any protected ground. So now with all that organized now could you tell us why you think that there wasn't either past persecution or a credible future persecution? Well as to past persecution your honor there's simply with with Armenia there's there's just nothing nothing that I think even begins to approach persecution there there seems to have been some harassment at school but I don't know but he doesn't get into details of you know whether how severe that was. Why about his parents? He doesn't we don't actually know what happened to his parents his testimony is always problems and difficulties and the we don't know what how what to what it's how severe those were. I would note to tie up a loose end that was in the brief his mother's petition for review was denied on November 20th 2007 an unpublished decision by judges Fletcher, Wardlaw, and Akuta affirming an adverse credibility finding. So as far as Armenia and whatever happened to his parents we just don't we don't know what happened to his parents whether it was difficulties whether there was there were attacks. He says he says my father was beat up a lot I don't know by whom or how bad or what you know for what reason and then in Russia there's simply one there were there were two attacks by some skinheads yes some skinheads and one of the one time he said he escaped and there was no I wasn't hurt the other time he was injured in some way it's not clear whether it was a broken leg or a sprained knee it's not exactly clear what the severity is but both times there was no no reports to the police and he's he's unfortunately gotten I think some very bad advice from an uncle who seems to believe that you know anything you know don't go to the police don't tell the police anything it may or may not but we mean he also decided you know here's a fake passport go to the United States and on this fake passport I think he's he's whatever whether it's good or bad whether we don't have any evidence in the record is anything that would compel the conclusion that you know that that was in fact the case that somehow he couldn't go to the police and in fact the the Russian country reports state that the government has has stepped up some efforts to curb or at least address these problems of nationalist violence against against certain minorities so I think there's this there's just nothing in the record that you know there was more in the country report than that though it also said police repeatedly beat and harassed and demanded drives from people from the caucuses in in Moscow your honors if I'm not mistaken and he was not in Moscow this court's decision Elitoba is Elitoba Elisava address is one of the few cases with an Armenian asylum applicant from Russia petition was was was granted in that case relying on a 1996 report so it's a quite old report it focused on different sort of the Moscow police the Moscow police harassing people he wasn't in in Moscow here he was in a place called he didn't return the transcript of it from Ramadov Ramadov I can't find that I'm not sure that must be a phonetic spelling I'm not able to find out where exactly in Russia that is but he they did I mean before that they were they it's not clear who they're paying protection for when they had a store before he became a citizen of Russia but it's not at all clear either that there's nothing in the record to compel the conclusion that somehow that the police in fact were at all complicit in the particular events in this in this case. Thank you for their petition for review speaking on it. Thank you very much. All right. Next case. Argument is Manassian versus McKinsey.
judges: Reinhardt, Berzon, Miner